NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICTORIA MORTON,                          )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D17-3166
                                          )
JPMORGAN CHASE BANK, NATIONAL             )
ASSOCIATION; JPMORGAN CHASE               )
BANK, NATIONAL ASSOCIATION,               )
SUCCESSOR IN INTEREST BY                  )
PURCHASE FROM THE FEDERAL                 )
DEPOSIT INSURANCE CORPORATION             )
AS RECEIVER OF WASHINGTON                 )
MUTUAL BANK; MARLIN LEASING               )
CORP.; MAILFINANCE, INC.; and CITY OF)
CLEARWATER, FLORIDA,                      )
                                          )
          Appellees.                      )
_____)

Opinion filed May 9, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Victoria Morton, pro se.

Elliot B. Kula, W. Aaron Daniel, and William
D. Mueller of Kula & Associates, P.A.,
Miami, for Appellee JPMorgan Chase Bank,
National Association.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

LaROSE, C.J., and BLACK and BADALAMENTI, JJ., Concur.